LUCRETIA C. SMITHER, Appellant, *v.* ROBERT K. SMITHER, Respondent.

*Smither* v. *Smither*, 137 App. Div. 881, affirmed.

(Argued March 28, 1911; decided April 25, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 20, 1909, which affirmed an order of Special Term modifying a prior judgment of divorce by striking out the provision for alimony.

*Henry W. Hill* for appellant.

*Walter W. Chamberlain* and *Eugene M. Bartlett* for respondent.

Order affirmed, without costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WILLARD BARTLETT, CHASE and COLLIN, JJ. Taking no part: HAIGHT, J.

---

CARL SWENSON, Respondent, *v.* NORCROSS BROTHERS COMPANY, Appellant.

*Swenson* v. *Norcross Brothers Company*, 135 App. Div. 914, affirmed.

(Argued March 28, 1911; decided April 25, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 21, 1909, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*George H. D. Foster* for appellant.

*Martin T. Manton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, CHASE and COLLIN, JJ.